699 A.2d 728

COMMONWEALTH of Pennsylvania, Appellee,

v.

Craig MURPHY, Appellant.

No. 0169 Capital Appeal Docket.

Supreme Court of Pennsylvania.

Sept. 15, 1997.

*ORDER*

PER CURIAM.

AND NOW, this 15th day of September, 1997, we Grant the Emergency Motion for a Stay of Execution.